1  DURIE TANGRI PAGE LEMLEY ROBERTS & KENT LLP
DARALYN J. DURIE (Bar No. 169825)
RYAN M. KENT (Bar No. 154913)
2  332 Pine Street, Suite 200
San Francisco, CA  94104-3214
3  Telephone:  (415) 362-6666
Facsimile:   (415) 236-6300
4  ddurie@durietangri.com
rkent@durietangri.com
5
TROJAN LAW OFFICES
6  RAYMOND JOSEPH TROJAN (Bar No. 137067)
9250 Wilshire Boulevard, Suite 325
7  Beverly Hills, CA 90212
Telephone: (310) 777-8399
8  Facsimile: (310) 777-8348
trojan@trojanlawoffices.com
9

10  Attorneys for Plaintiff
C&C JEWELRY MANUFACTURING, INC.
11

12

13
                     UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                        SAN JOSE DIVISION
16

17  C&C JEWELRY MANUFACTURING, INC.,      Case No. 5:09-cv-01303-JF-HRL
    a California corporation,
18                                         **PLAINTIFF'S NOTICE OF
              Plaintiff and Counter-Defendant,   SUBSTITUTION OF COUNSEL AND
19                                         [PROPOSED] ORDER**
         v.
20
    TRENT WEST, a Delaware corporation,
21
              Defendant and Counter-claimant.
22

23

24

25

26

27

28

1 | TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF

2 | RECORD:

3 |      PLEASE TAKE NOTICE that Plaintiff C&C Jewelry Manufacturing, Inc. hereby

4 | substitutes Daralyn J. Durie and Ryan M. Kent of Durie Tangri Page Lemley Roberts & Kent

5 | LLP, 332 Pine Street, Suite 200, San Francisco, CA 94104-3214, Telephone: (415) 362-6666, in

6 | place of the Trojan Law Offices, 9250 Wilshire Boulevard, Suite 325, Beverly Hills, CA 90212.

7 | All notices given or required to be given, and all filed or served or required documents to be

8 | served in the above-captioned matter, should henceforth be provided to and served upon counsel

9 | at the address set forth below:

10

11 | DURIE TANGRI PAGE LEMLEY ROBERTS & KENT LLP
332 Pine Street, Suite 200
San Francisco, CA 94104-3214

12 | Telephone: (415) 362-6666

13 | Facsimile: (415) 236-6300

14 | Daralyn J. Durie
ddurie@durietangri.com

15

16 | Ryan M. Kent
rkent@durietangri.com

17 | Dated:  July 22, 2009                    C&C JEWELRY MANUFACTURING, INC.

18

19 | By:    /s/ Bob Connolly

20 |      Bob Connolly

21

22 | We consent to the above substitution:

23

24 | Dated:  July 22, 2009                    TROJAN LAW OFFICES

25

26 | By:    /s/ Raymond Joseph Trojan
     Raymond Joseph Trojan

27

28

1

1   We accept the above substitution:

2

3   Dated:  July 22, 2009                 DURIE TANGRI PAGE LEMLEY
                                          ROBERTS & KENT LLP

4

5                                         By:    /s/ Ryan M. Kent

6                                                Ryan M. Kent

7

8

9                              **FILER'S ATTESTATION**

10      Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Ryan M. Kent,

11  attest that concurrence in the filing of this document has been obtained.

12

13                                          /s/ Ryan M. Kent
                                            Ryan M. Kent

14

15

16

17      IT IS SO ORDERED:

18      Dated:  July 30, 2009

19

20

21                                       Hon. Jeremy Fogel
                                         United States District Judge
22                                       Northen District of California

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF SUBSTITUTION                      CASE NO. 5:09-CV-01303-JF-HRL
OF COUNSEL & [PROPOSED] ORDER

1

## **CERTIFICATE OF SERVICE**

2

3        I certify that all counsel of record is being served on July 22, 2009 with a copy of this

4    document via the Court's CM/ECF system.

5

6        Alvin Brock Lindsay          alindsay@kingandkelleher.com

7        Edward Vincent King, Jr.      evking@kingandkelleher.com

8
                                    By:  ___/s/ Ryan M. Kent_____
9                                          Ryan M. Kent

10                                    Attorneys for Plaintiff
                                    C&C JEWELRY
11                                    MANUFACTURING, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF SUBSTITUTION                           CASE NO. 5:09-CV-01303-JF-HRL
OF COUNSEL & [PROPOSED] ORDER