1  Edward Vincent King, Jr. (SBN 085726)
   Alvin B. Lindsay (SBN 220236)
2  KING & KELLEHER, LLP
   Four Embarcadero Center, 17th Floor
3  San Francisco, CA  94111
   Telephone:  (415) 781-2888
4  Facsimile:  (415) 781-3011

5  *Attorneys for Defendant*
   *TRENT WEST*

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  C&C JEWELRY MFG., INC.,                Case No. 3:09-cv-01303-JF

12              Plaintiff,
                                           **STIPULATION TO MODIFY CASE**
13       v.                                **MANAGEMENT SCHEDULE**

14  TRENT WEST,

15              Defendant.
    _____

16  And Related Counterclaims

17

18       Plaintiff C&C Jewelry Mfg., Inc. ("C&C") and Defendant Trent West ("West"), by and

19  through their undersigned counsel of record, have agreed and stipulated under Civil L.R. 6-2(a)

20  to modify the Joint Case Management Schedule, which was agreed to by the parties in their

21  Amended Joint Case Management Statement (Docket Entry No. 24) and adopted by the Court at

22  the parties' Case Management Conference on August 21, 2009 (Civil Minutes adopting the

23  parties' case schedule at Docket Entry No. 25).  The Declaration of Alvin B. Lindsay, which is

24  filed herewith, provides the Court with the information required under Civil L.R. 6-2(a).

25       C&C and West enter into this stipulation to extend the time for the parties to comply with

26  the presently pending deadlines in this matter as set forth below:

27

28

---

**STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULE**                  Case No. 09-CV-01303 (JF)

| Event | Present Date | Modified Date |
|---|---|---|
| Serve Invalidity Contentions under Patent L.R. 3-3 | November 12, 2009 | November 19, 2009 |

Accordingly, C&C and West respectfully request that the Court issue an Order, for good cause shown, modifying the Case Management Schedule in this matter as requested above.

Respectfully stipulated to by:

DURIE TANGRI LLP                             KING & KELLEHER, LLP

By: */s/ Ryan M. Kent*                       By: */s/ Alvin B. Lindsay*
    Ryan M. Kent                                 Alvin B. Lindsay

Attorneys for Plaintiff C&C Jewelry Mfg., Inc.   Attorneys for Defendant Trent West

Date:  November 13, 2009                     Date:  November 13, 2009

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  November 16, 2009

_____
Hon. Jeremy Fogel
United States District Judge