1  DURIE TANGRI LLP
2  RYAN M. KENT (SBN 220441)
   rkent@durietangri.com
3  332 Pine Street, Suite 200
   San Francisco, CA  94104
4  Telephone: (415) 362-6666

5  Attorneys for Plaintiff C&C JEWELRY MFG, INC.

6                  UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8

9

10 C&C JEWELRY MFG., INC.,                    Case No. 3:09-cv-01303-JF

11              Plaintiff,                    **STIPULATION AND [PROPOSED]
                                              ORDER OF DISMISSAL
12       v.                                   WITHOUT PREJUDICE OF
                                              COUNTS I, II, AND V PURSUANT
13 TRENT WEST,                                TO FEDERAL RULE OF CIVIL
                                              PROCEDURE 41(a)(1)(A)(ii)**
14              Defendant.

15 And Related Counterclaims

16

17

...

28

1    WHEREAS Plaintiff C&C Jewelry Manufacturing, Inc. ("C&C") brought suit against
2  Defendant Trent West ("West") seeking, *inter alia*, declaratory judgment of non-infringement,
3  invalidity and unenforceability of U.S. Patent No. 6,602,045 ("the '045 patent") (Count I), U.S.
4  Patent No. 6553,667 ("the '667 patent") (Count II) and U.S. Patent No. 6,993,842 ("the '842
5  patent") (Count V);
6    WHEREAS West contends that no actual case or controversy exists as to Counts I, II and
7  V because West contends that there is no substantial controversy between West and C&C of
8  sufficient immediacy and reality to warrant the issuance of a declaratory judgment in connection
9  with the '045, '667 and '842 patents, including no reasonable apprehension of suit on those
10 patents; and
11   WHEREAS, based on the above representation by West, C&C agrees to dismiss without
12 prejudice Counts I, II and V so that the parties can narrow the issues involved in this litigation to
13 the remaining counts of its Complaint.
14   IT IS HEREBY STIPULATED by and between C&C and West, through their designated
15 counsel, that Counts I, II and V of the Complaint are hereby DISMISSED WITHOUT
16 PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear
17 its own costs and attorneys' fees as to Counts I, II and V.

Respectfully stipulated to by:


| DURIE TANGRI LLP | KING & KELLEHER, LLP |
|---|---|
| By:  ___/s/Ryan M. Kent_____ | By:  ___/s/ Alvin B. Lindsay_____ |
|     Ryan M. Kent |     Alvin B. Lindsay |
| Attorneys for Plaintiff C&C Jewelry Mfg., Inc. | Attorneys for Defendant Trent West |
| Date:  November 17, 2009 | Date:  November 17, 2009 |

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Ryan M. Kent, attest that concurrence in the filing of this document has been obtained.

  /s/ Ryan M. Kent  
  Ryan M. Kent

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  November __24__, 2009

  Hon. Jeremy Fogel  
  United States District Judge

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on November 17, 2009 with a copy of this document via the Court's CM/ECF system.

        Alvin B. Lindsay.        alindsay@kingandkelleher.com

        Edward Vincent King, Jr.    evking@kingandkelleher.com


                                By:    /s/ Daralyn J. Durie
                                        Daralyn J. Durie

                              Attorneys for Plaintiff and Defendant-Counterclaim
                              C&C JEWELRY MFG, INC.