Edward Vincent King, Jr. (SBN 085726)
Alvin B. Lindsay (SBN 220236)
KING & KELLEHER, LLP                             **E-Filed 1/7/2010**
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 781-2888
Facsimile:  (415) 781-3011

*Attorneys for Defendant*
*TRENT WEST*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&C JEWELRY MFG., INC., | Case No. 3:09-cv-01303-JF |
| Plaintiff, | ORDER APPROVING **STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULE** |
| v. | |
| TRENT WEST, | |
| Defendant. | |
| And Related Counterclaims | |

Plaintiff C&C Jewelry Mfg., Inc. ("C&C") and Defendant Trent West ("West"), by and through their undersigned counsel of record, have agreed and stipulate under Civil L.R. 6-2(a) to modify the Joint Case Management Schedule, which was agreed to by the parties in their Amended Joint Case Management Statement (Docket Entry No. 24) and adopted by the Court at the parties' Case Management Conference on August 21, 2009 (Civil Minutes adopting the parties' case schedule at Docket Entry No. 25).  The Declaration of Alvin B. Lindsay, which is filed herewith, provides the Court with the information required under Civil L.R. 6-2(a).

C&C and West enter into this stipulation to extend the time for the parties to comply with the presently pending deadlines in this matter as set forth below:

| Event | Present Date | Modified Date |
|---|---|---|
| File Joint Claim Construction and Prehearing Statement under Patent L.R. 4-3 | January 11, 2010 | February 1, 2010 |

Accordingly, C&C and West respectfully request that the Court issue an Order, for good cause shown, modifying the Case Management Schedule in this matter as requested above.

Respectfully stipulated to by:

DURIE TANGRI LLP                                              KING & KELLEHER, LLP

By: */s/ Ryan M. Kent*                                        By: */s/ Alvin B. Lindsay*
    Ryan M. Kent                                                  Alvin B. Lindsay

Attorneys for Plaintiff C&C Jewelry Mfg., Inc.   Attorneys for Defendant Trent West

Date: January 6, 2010                                         Date: January 6, 2010

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January __7__, 2010

_____
Hon. Jeremy Fogel
United States District Judge