DURIE TANGRI LLP
DARALYN J. DURIE (Bar No. 169825)
RYAN M. KENT (Bar No. 220441)
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300
ddurie@durietangri.com
rkent@durietangri.com

STORM LLP
John G. Fischer (*pro hac vice*)
Paul V. Storm (*pro hac vice*)
901 Main Street, Suite 7100
Dallas, Texas 75202
Telephone: (214) 347-4700
Facsimile: (214) 347-4799
JFischer@stormllp.com
PaulStorm@stormllp.com

Attorneys for Plaintiff
C&C JEWELRY MANUFACTURING, INC.

Edward Vincent King, Jr. (SBN 085726)
Alvin B. Lindsay (SBN 220236)
KING & KELLEHER, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 781-2888
Facsimile: (415) 781-3011

Attorneys for Defendant
TRENT WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C&C JEWELRY MANUFACTURING, INC., a California corporation,<br><br>　　　　Plaintiff and Counter-Defendant,<br><br>　　v.<br><br>TRENT WEST, a Delaware corporation,<br><br>　　　　Defendant and Counter-claimant. | Case No. 5:09-cv-01303-JF-HRL<br><br>**STIPULATION TO AMEND PLAINTIFF C&C JEWELRY MFG., INC.'S PATENT L.R. 3-3 INVALIDITY CONTENTIONS** |

1    Declaratory Judgment Plaintiff, C&C Jewelry Manufacturing, Inc. ("C&C") and Defendant Trent West ("West"), by and through their undersigned counsel of record, have agreed and stipulated to an amendment of C&C's Patent L.R. 3-3 Invalidity Contentions under Patent L.R. 3-6. C&C recently discovered a prior art reference—U.S. Patent No. 2,126,737—that C&C asserts is material to the patentability of the patents asserted in this case. (By entering into this stipulation, West does not admit to the materiality of the 2,126,737 patent.) The prior art reference was dated from 1935 and therefore was not available in searchable text on the USPTO website. As a result, despite numerous searches, search professionals engaged by C&C were unable to, and did not, find this patent. C&C advised West of its recent discovery of this prior art reference, and by and through this stipulation, West agrees that C&C should be permitted to amend its contentions to add contentions related to this prior art reference. Furthermore, based upon the relatively early stage of this litigation, C&C and West agree that this amendment will cause no undue prejudice to West.

Accordingly, C&C and West respectfully request that the Court issue an Order, for good cause shown, permitting C&C to amend its Invalidity Contentions in the manner requested above.

Respectfully stipulated to by:

| DURIE TANGRI LLP | KING & KELLEHER, LLP |
|---|---|
| By:  */s/ Ryan M. Kent*<br>Ryan M. Kent | By:  */s/ Alvin B. Lindsay*<br>Alvin B. Lindsay |
| Attorneys for Plaintiff C&C Jewelry Mfg., Inc. | Attorneys for Defendant Trent West |
| Date:  February 3, 2010 | Date:  February 3, 2010 |

FILERS ATTESTATION

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Ryan M. Kent, attest that concurrence in the filing of this document has been obtained.

*/s/ Ryan M. Kent*
Ryan M. Kent

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED: Feb. 5 , 2010

Hon. Jeremy Fogel
United States District Judge
Northen District of California

2

# CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on February 3, 2010 with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| Alvin Brock Lindsay | alindsay@kingandkelleher.com |
| Edward Vincent King, Jr. | evking@kingandkelleher.com |

By:  */s/ Ryan M. Kent*
        Ryan M. Kent

Attorneys for Plaintiff
C&C JEWELRY
MANUFACTURING, INC.