DURIE TANGRI LLP
DARALYN J. DURIE (Bar No. 169825)
RYAN M. KENT (Bar No. 220441)
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:  (415) 362-6666
Facsimile:   (415) 236-6300
ddurie@durietangri.com
rkent@durietangri.com

STORM LLP
Paul V. Storm (*pro hac vice*)
John G. Fischer (*pro hac vice*)
901 Main Street, Suite 7100
Dallas, TX 75202
Telephone: (214) 347-4700
Facsimile:  (214) 347-4799
pstorm@stormllp.com
jfischer@stormllp.com

Attorneys for Plaintiff
C&C JEWELRY MANUFACTURING, INC.

Edward Vincent King, Jr. (Bar No. 85726)
Alvin B. Lindsay (Bar No. 220236)
KING & KELLEHER, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:  (415) 781-2888
Facsimile:  (415) 781-3011

Attorneys for Defendant
TRENT WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C&C JEWELRY MANUFACTURING, INC.,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>TRENT WEST,<br><br>Defendant and Counter-claimant. | Case No. 5:09-cv-01303-JF-HRL<br><br>**STIPULATION TO EXCEED PAGE LIMIT FOR RESPONSIVE AND REPLY CLAIM CONSTRUCTION BRIEFS**<br> AND ORDER |

Declaratory Judgment Plaintiff, C&C Jewelry Manufacturing, Inc. ("C&C") and Defendant Trent West ("West"), by and through their undersigned counsel of record, have agreed and stipulated that:

> (1) C&C may exceed otherwise applicable page limitations by five (5) pages and therefore file a Responsive Claim Construction Brief that is no more than 30 pages in length; and

> (2) West may exceed otherwise applicable page limitations by five (5) pages and therefore file a Reply Claim Construction Brief that is no more than 20 pages in length.

C&C and West respectfully submit that the additional pages would be helpful to the Court.  This suit involved four separate patents, and the parties seek construction of thirteen (13) terms, including two terms that C&C contends are indefinite (which West disputes) and three terms that C&C contends should be given the same construction (which West disputes).

Accordingly, C&C and West respectfully request that the Court issue an Order, for good cause shown, permitting C&C and West leave to exceed the page limitations otherwise applicable to each party's respective claim construction brief by five (5) pages.

Respectfully stipulated to by:

DURIE TANGRI LLP

By:     */s/ Ryan M. Kent*
          Ryan M. Kent

Attorneys for Plaintiff C&C Jewelry Mfg., Inc.

Date:  March 10, 2010

KING & KELLEHER, LLP

By:     */s/ Alvin Lindsay*
          Alvin B. Lindsay

Attorneys for Defendant Trent West

Date:  March 10, 2010

1

1

<u>FILERS ATTESTATION</u>

2

      Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Ryan M. Kent, attest

3

that concurrence in the filing of this document has been obtained.

4

                                       */s/Ryan M. Kent*

5

                                       Ryan M. Kent

6

7

8

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10

DATED:   March 12, 2010

11

                                    _____

12

                                      Hon. Jeremy Fogel

13

                                      United States District Judge
Northen District of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXCEED PAGE LIMIT                   CASE NO. 5:09-CV-01303-JF-HRL

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on March 10, 2010 with a copy of this document via the Court's CM/ECF system.

Alvin Brock Lindsay        alindsay@kingandkelleher.com

Edward Vincent King, Jr.    evking@kingandkelleher.com


By: ___*/s/ Ryan M. Kent*_____
        Ryan M. Kent

Attorneys for Plaintiff
C&C JEWELRY
MANUFACTURING, INC.

STIPULATION TO EXCEED PAGE LIMIT          CASE NO. 5:09-CV-01303-JF-HRL