DURIE TANGRI LLP
DARALYN J. DURIE (Bar No. 169825)
RYAN M. KENT (Bar No. 220441)
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:  (415) 362-6666
Facsimile:   (415) 236-6300
ddurie@durietangri.com
rkent@durietangri.com

STORM LLP
John G. Fischer (*pro hac vice*)
Paul V. Storm (*pro hac vice*)
901 Main Street, Suite 7100
Dallas, Texas 75202
Telephone: (214) 347-4700
Facsimile:   (214) 347-4799
JFischer@stormllp.com
PaulStorm@stormllp.com

Attorneys for Plaintiff
C&C JEWELRY MANUFACTURING, INC.

Edward Vincent King, Jr. (SBN 085726)
Alvin B. Lindsay (SBN 220236)
KING & KELLEHER, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 781-2888
Facsimile:  (415) 781-3011

Attorneys for Defendant
TRENT WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C&C JEWELRY MANUFACTURING, INC., a California corporation,<br><br>            Plaintiff and Counter-Defendant,<br><br>      v.<br><br>TRENT WEST,<br><br>            Defendant and Counter-claimant. | Case No. 5:09-cv-01303-JF-HRL<br><br>**STIPULATION TO AMEND PLAINTIFF C&C JEWELRY MFG., INC.'S PATENT L.R. 3-3 INVALIDITY CONTENTIONS** |

1    Declaratory Judgment Plaintiff, C&C Jewelry Manufacturing, Inc. ("C&C") and Defendant Trent West ("West"), by and through their undersigned counsel of record, have agreed and stipulated to an amendment of C&C's Patent L.R. 3-3 Invalidity Contentions under Patent L.R. 3-6.  C&C  recently discovered three prior art references—U.S. Patent Nos. 4,574,011 ("Bonjour") and  4,606,767 ("Nagato"), and Great Britain Patent No. 2,081,741 ("Shibata")—that C&C asserts are material to the patentability of the patents asserted in this case.  (By entering into this stipulation, West does not admit to the materiality of the above referenced patents).  C&C's ongoing search for references recently led to the discovery of Bonjour, Nagato, and Shibata; due to certain nuaces of these disclosures and of the prosecution history, they were not previously discovered by C&C search professionals.

C&C advised West of its recent discovery of these prior art references, and by and through this stipulation, West agrees that C&C should be permitted to amend its contentions to add contentions related to these prior art references.  Furthermore, C&C and West agree that this amendment will cause no undue prejudice to West.

Accordingly, C&C and West respectfully request that the Court issue an Order, for good cause shown, permitting C&C to amend its Invalidity Contentions in the manner requested above.

Respectfully stipulated to by:

| STORM LLP | KING & KELLEHER, LLP |
|---|---|
| By: */s/ John G. Fischer*<br>John G.  Fischer | By: */s/ Alvin B. Lindsay*<br>Alvin B. Lindsay |
| Attorneys for Plaintiff C&C Jewelry Mfg., Inc. | Attorneys for Defendant Trent West |
| Date:  April 13, 2010 | Date:  April 13, 2010 |

FILERS ATTESTATION

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, John G. Fischer, attest that concurrence in the filing of this document has been obtained.

   */s/ John G. Fischer*
John G. Fischer

1

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED:  4/15/10 , 2010

                                                    Hon. Jeremy Fogel
                                                    United States District Judge
                                                    Northen District of California

2

# CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on April 13, 2010 with a copy of this document via the Court's CM/ECF system.

Alvin Brock Lindsay  alindsay@kingandkelleher.com

Edward Vincent King, Jr.  evking@kingandkelleher.com

By:  */s/ John G. Fischer*
     John G. Fischer

Attorneys for Plaintiff
C&C JEWELRY
MANUFACTURING, INC.

3

STIPULATION TO AMEND PLAINTIFF C&C'S              CASE NO. 5:09-CV-01303-JF-HRL
INVALIDITY CONTENTIONS