**E-Filed 5/17/2010**

Edward Vincent King, Jr. (SBN 085726)
evking@kingandkelleher.com
Alvin B. Lindsay (SBN 220236)
alindsay@kingandkelleher.com
KING & KELLEHER, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 781-2888
Facsimile:  (415) 781-3011

*Attorneys for Defendant*
TRENT WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&C JEWELRY MFG., INC., <br><br> Plaintiff, <br><br> v. <br><br> TRENT WEST, <br><br> Defendant. <br><br> And Related Counterclaims | Case No. 5:09-cv-01303-JF <br><br> **STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULE** |

    Plaintiff C&C Jewelry Mfg., Inc. ("C&C") and Defendant Trent West ("West"), by and through their undersigned counsel of record, have agreed and stipulate under Civil L.R. 6-2(a) to modify the Joint Case Management Schedule in this matter, which the parties agreed to in their Amended Joint Case Management Statement (Docket Entry No. 24) and the Court adopted at the Case Management Conference on August 21, 2009 (Civil Minutes adopting the parties' case management schedule at Docket Entry No. 25).  The Declaration of Alvin B. Lindsay, which is filed herewith, provides the Court with the information required under Civil L.R. 6-2(a).

    C&C and West enter into this stipulation to extend the time for the parties to comply with the presently pending deadlines in this matter as set forth below:

| Event | Present Date | Modified Date |
|---|---|---|
| Complete initial ADR (Court sponsored mediation selected by the parties) | May 21, 2010 | July 30, 2010 |

The parties have also discussed the proposed extension with the court-sponsored mediator, and the mediator concurs with the parties' request for extending the time to complete initial ADR.  Accordingly, C&C and West respectfully request that the Court issue an Order, for good cause shown, modifying the Case Management Schedule in this matter as requested above.

Respectfully stipulated to by:

| | |
|---|---|
| STORM LLP | KING & KELLEHER, LLP |
| By: */s/ John G. Fischer* <br>     John G. Fischer | By: */s/ Alvin B. Lindsay* <br>     Alvin B. Lindsay |
| Attorneys for Plaintiff C&C Jewelry Mfg., Inc. | Attorneys for Defendant Trent West |
| Date:  May 14, 2010 | Date:  May 14, 2010 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  May 17, 2010

_____
Hon. Jeremy Fogel
United States District Judge