| | |
|---|---|
| 1  Edward Vincent King, Jr. (SBN 085726)<br>   Alvin B. Lindsay (SBN 220236) | **E-Filed 7/15/2010** |
| 2  KING & KELLEHER, LLP<br>   Four Embarcadero Center, 17th Floor | |

Edward Vincent King, Jr. (SBN 085726)
Alvin B. Lindsay (SBN 220236)
KING & KELLEHER, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 781-2888
Facsimile:  (415) 781-3011
evking@kingandkelleher.com
alindsay@kingandkelleher.com

*Attorneys for Defendant*
TRENT WEST

DURIE TANGRI LLP
DARALYN J. DURIE (Bar No. 169825)
RYAN M. KENT (Bar No. 220441)
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300
ddurie@durietangri.com
rkent@durietangri.com

STORM LLP
John G. Fischer (pro hac vice)
Paul V. Storm (pro hac vice)
901 Main Street, Suite 7100
Dallas, Texas 75202
Telephone: (214) 347-4700
Facsimile: (214) 347-4799
JFischer@stormllp.com
PaulStorm@stormllp.com

*Attorneys for Plaintiff*
C&C JEWELRY MANUFACTURING, INC.

**\*\*E-Filed 7/15/2010\*\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| C&C JEWELRY MFG., INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>TRENT WEST,<br><br>           Defendant.<br>_____<br>And Related Counterclaims | Case No. 5:09-cv-01303-JF<br><br>**JOINT STIPULATION AND REQUEST FOR SUBSEQUENT CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 16-10(c)** |

1    Pursuant to Civil L.R. 16-10(c), Defendant Trent West ("West") and Plaintiff C&C
2 Jewelry Mfg., Inc. ("C&C"), by and through their undersigned counsel of record, have agreed
3 and hereby submit this joint stipulated request for the scheduling of a subsequent case
4 management conference in this matter.   The original case management schedule in this matter
5 only set dates through the *Markman* hearing, which has passed, and C&C and West request this
6 subsequent case management conference in order to set dates in the case management schedule
7 for this matter through trial.   In accordance with the Court's scheduling for case management
8 conferences, C&C and West respectfully request that the subsequent case management
9 conference be scheduled for Friday, July 30, 2010 at 10:30 a.m.

11 Respectfully stipulated to by:

12 KING & KELLEHER, LLP                              STORM LLP

13 By: */s/ Alvin B. Lindsay*                        By: */s/ John G. Fischer*
14     Alvin B. Lindsay                                   John G. Fischer

15 Attorneys for Defendant Trent West                Attorneys for Plaintiff C&C Jewelry Mfg., Inc.

16 Date:  July 8, 2010                               Date:  July 8, 2010

19 **PURSUANT TO STIPULATION**, it is hereby ordered that a subsequent case management
20 conference in this matter is set for Friday, July 30, 2010 at 10:30 a.m.

22 DATED:  July __15__, 2010

                                                    _____
23                                                  Hon. Jeremy Fogel
24                                                  United States District Judge

- 2 -
**JOINT STIPULATION FOR SUBSEQUENT CASE MANAGEMENT CONFERENCE**          Case No. 5:09-CV-01303-JF