**\*E-FILED 09-08-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C&C JEWELRY MANUFACTURING, INC., | No. C09-01303 JF (HRL) |
| Plaintiff, | **INTERIM ORDER RE PLAINTIFF'S MOTION TO SEAL DOCUMENTS** |
| v. | |
| TRENT WEST, | |
| Defendant. | |

Plaintiff C&C Jewelry Manufacturing, Inc. moves to seal portions of (1) its Motion to Compel Production of Unredacted Licenses; and (2) Exhibits B, C, and D to the supporting declaration of Paul D. Lein. Plaintiff says that sealing is warranted because the subject information has been designated confidential by defendant Trent West. Defendant, however, has failed to file declaration(s) establishing that the information is sealable. <u>As such, the information is now subject to being made part of the public record pursuant to Civil Local Rule 79-5(d)</u>. Nevertheless, defendant will be given an additional opportunity to explain why sealing is required.

Accordingly, **no later than September 15, 2010**, defendant shall file declaration(s) from appropriate person(s) showing why sealing is warranted. Defendant is advised that the mere designation of information pursuant to a stipulation or blanket protective order will not justify sealing. Instead, defendant must establish that the subject documents (or portions

thereof) are privileged or protectable as a trade secret or otherwise entitled to protection under the law. CIV. L. R. 79-5(a).

SO ORDERED.

Dated: September 8, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

5:09-cv-01303-JF Notice has been electronically mailed to:

Alvin Brock Lindsay     alindsay@kingandkelleher.com

Anthony Patrick Miller     amiller@stormllp.com, sstutsman@stormllp.com, ssutherland@stormllp.com

Daralyn J. Durie     ddurie@durietangri.com, records@durietangri.com

Edward Vincent King , Jr     evking@kingandkelleher.com, alindsay@kingandkelleher.com, lana@kingandkelleher.com

John Gregory Fischer     jfischer@stormllp.com, sstutsman@stormllp.com, ssutherland@stormllp.com

Paul Donsy Lein     plein@stormllp.com, sstutsman@stormllp.com, ssutherland@stormllp.com

Paul V. Storm     paulstorm@stormllp.com, sstutsman@stormllp.com, ssutherland@stormllp.com

Ryan Marshall Kent     rkent@durietangri.com, records@durietangri.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.