**E-Filed 12/1/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| C&C JEWELRY MANUFACTURING, INC., | Case Number 5:09-cv-01303-JF/HRL |
| Plaintiff, | ORDER STAYING ACTION AND SETTING STATUS CONFERENCE FOR JANUARY 7, 2011 |
| v. | |
| TRENT WEST, | |
| Defendant. | |

Due to the personal circumstances of one of the attorneys in this action, and with the agreement of both parties, the action is STAYED pending further order of the Court.

A status conference is set for January 7, 2011 at 10:30 a.m.

IT IS SO ORDERED.

DATED: 12/1/2010

_____
JEREMY FOGEL
United States District Judge

Case No. 5:09-cv-01303-JF/HRL
ORDER STAYING ACTION AND SETTING STATUS CONFERENCE FOR JANUARY 7, 2011
(JFLC2)