Edward Vincent King, Jr. (SBN 085726)
KING & KELLEHER, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 781-2888
Facsimile:  (415) 781-3011
evking@kingandkelleher.com

*Attorneys for Defendant*
TRENT WEST

DURIE TANGRI LLP
DARALYN J. DURIE (Bar No. 169825)
RYAN M. KENT (Bar No. 220441)
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300
ddurie@durietangri.com
rkent@durietangri.com

STORM LLP
John G. Fischer (pro hac vice)
Paul V. Storm (pro hac vice)
901 Main Street, Suite 7100
Dallas, Texas 75202
Telephone: (214) 347-4700
Facsimile: (214) 347-4799
JFischer@stormllp.com
PaulStorm@stormllp.com

*Attorneys for Plaintiff*
C&C JEWELRY MANUFACTURING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| C&C JEWELRY MFG., INC.,<br><br>Plaintiff,<br><br>v.<br><br>TRENT WEST,<br><br>Defendant.<br>―――――――――――――――――――<br>And Related Counterclaims | Case No. 5:09-cv-01303-JF<br><br>**JOINT STIPULATION FOR ENTRY OF SUBSEQUENT CASE MANAGEMENT SCHEDULE SETTING CASE SCHEDULE THROUGH TRIAL** |

At the parties' subsequent case management conference under Civil L.R. 16-10(c), conducted before the Court on July 30, 2010 (see the Court's Minute Order at Docket Entry No. 96), the Court set the date for the pre-trial conference in this matter for April 1, 2011 and scheduled trial to begin on April 8, 2011.  The Court left it to the parties to agree to and propose, for the Court's approval, dates for the other case milestones leading up to trial.  Accordingly, Defendant Trent West ("West") and Plaintiff C&C Jewelry Mfg., Inc. ("C&C"), by and through their undersigned counsel of record, have agreed and hereby submit this joint stipulated request, pursuant to Civil L.R. 16-10(d), Civil L.R. 6 and the Court's Minute Order of July 30, 2010, for entry of the following case management schedule for conducting the litigation of this matter through trial:

| Event | Proposed Dates |
|---|---|
| Advice of Counsel - Willfulness Opinion Disclosure under Patent L.R. 3-7      (50 days after service by the Court of its Claim Construction Ruling – but extended per C&C's request) | September 24, 2010 |
| Expert disclosure and serve reports by party with the burden of proof on an issue | December 17, 2010 |
| Fact discovery cut off (serve discovery requests and notice fact witness depositions to be completed by this date) | December 17, 2010 |
| Expert disclosure and serve rebuttal reports by party without the burden of proof on an issue | January 17, 2011 |
| Last day to file dispositive motions | February 7, 2011 |
| Expert discovery cut off – complete expert witness depositions by this date | February 9, 2011 |
| Last day to file Daubert motions objecting to experts | February 18, 2011 |
| Last day to hear dispositive motions | March 14, 2011 |
| Meeting of Counsel for Pre-trial Conference Statement preparation | March 15, 2011 |
| File Joint Pre-trial Conference Statement | March 23, 2011 |
| Pre-trial Conference | April 1, 2011 |
| Trial | April 8, 2011 |

The parties completed Court-sponsored mediation in July.

Pursuant to stipulation and the Court's instructions, West and C&C respectfully request the Court to enter the above stipulated case management schedule dates for conducting this matter through trial.

Respectfully stipulated to by:

KING & KELLEHER, LLP                          STORM LLP

By:  */s/ Edward Vincent King, Jr.*              By:  */s/ Paul V. Storm*
        Edward Vincent King, Jr.                        Paul V. Storm

Attorneys for Defendant Trent West              Attorneys for Plaintiff C&C Jewelry Mfg., Inc.

Date:  October 13, 2010                              Date:  October 13, 2010

**PURSUANT TO STIPULATION**, it is hereby ordered that the above stipulated case management schedule shall be entered in this matter.

DATED:  November __23__, 2010

                                                                /s/
                                        _____
                                        Hon. Jeremy Fogel
                                        United States District Judge

JOINT STIPULATION FOR ENTRY OF SUBSEQUENT CASE MANAGEMENT SCHEDULE          Case No. 5:09-CV-01303-JF