**E-Filed 2/1/2011**

DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
RYAN M. KENT (SBN 220441)
rkent@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

SCHEEF & STONE, LLP
JOHN G. FISCHER (*pro hac vice*)
john.fischer@solidcounsel.com
ERIC C. WOOD (*pro hac vice*)
eric.wood@solidcounsel.com
500 N. Akard, Suite 2700
Dallas, Texas 75201
Telephone:    214-706-4200
Facsimile:     214-706-4242

Attorneys for Plaintiff
C&C Jewelry Manufacturing, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C&C JEWELRY MANUFACTURING, INC., a California corporation,<br><br>   Plaintiff and Counter-Defendant,<br><br>v.<br><br>TRENT WEST,<br><br>   Defendant and Counter-Claimant. | Case No. 5:09-cv-01303-JF-HRL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF C&C MANUFACTURING, INC.'S UNOPPOSED MOTION TO CHANGE HEARING DATE ON ITS MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**<br><br>The Honorable Jeremy Fogel |

1  Having considered Plaintiff C&C Jewelry Manufacturing, Inc.'s Unopposed Motion to Change
2  the Hearing Date on Plaintiff C&C Jewelry Manufacturing, Inc.'s Motion for Leave to Amend Invalidity
3  Contentions, the papers in support and all other matters presented to the Court and good cause appearing;
4  IT IS HEREBY ORDERED THAT:
5  Plaintiff C&C Jewelry Manufacturing, Inc.'s Motion to Change Hearing Date is GRANTED.
6  The hearing date on C&C's Motion for Leave to Amend Invalidity Contentions is moved to ~~February 18~~ February 25,
7  2011 at 9:00 a.m., and C&C's Reply will be due 14 days prior to the date of hearing.
8  SO ORDERED.
9  Dated: 2/1/2011

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CHANGE HEARING DATE ON ITS MFL TO AMEND INVALIDITY CONTENTIONS / CASE NO. 5:09-CV-01303-JF-HRL

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on January 24, 2011 with a copy of this document via the Court's CM/ECF system..

| | |
|---|---|
| Edward Vincent King, Jr. | evking@kingandkelleher.com |
| Dirk van Ausdall | dirk@kingandkelleher.com |

By:     */s/Ryan M. Kent*
           RYAN M. KENT