| Clerk's Use Only |
| --- |
| Initial for fee pd.: |

BRYAN HAYNES
Scheef & Stone, LLP
500 N. Akard, Suite 2700
Dallas, TX 75201



**FILED** 2011 APR 20 A 10: 45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

C&C JEWELRY MANUFACTURING,
INC., a California corporation,

         Plaintiff(s),

v.

TRENT WEST,

         Defendant(s).

CASE NO. 5:09-cv-01303-JF-HR

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Bryan Haynes, an active member in good standing of the bar of The State of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff C&C Jewelry Mfg., Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Ryan M. Kent (SBN 220441), Durie Tangri LLP
217 Leidesdorff Street, San Francisco, CA 94111; 415-362-6666

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 24, 2011

Bryan Haynes

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611058855
Cashier ID: bucklem
Transaction Date: 04/20/2011
Payer Name: durie tangri llp

PRO HAC VICE
 For: c and c jewelry
 Case/Party: D-CAN-5-11-AT-PROHAC-001
 Amount:         $275.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 7214
 Amt Tendered:   $275.00

Total Due:       $275.00
Total Tendered: $275.00
Change Amt:       $0.00

c09-1303 jf


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```