*E-FILED 04-29-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C&C JEWELRY MANUFACTURING, INC., | No. C09-01303 JF (HRL) |
| Plaintiff, | **ORDER VACATING MOTION HEARING** |
| v. | |
| TRENT WEST, | |
| Defendant. | |

Defendant's "Motion to Compel Plaintiff C&C Jewelry Manufacturing, Inc. to Produce Financial Condition and Profitability Information" (Docket No. 165) is deemed appropriate for determination without oral argument, and the May 3, 2011 hearing is vacated. Civ. L.R. 7-1(b).

SO ORDERED.

Dated:   April 29, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:09-cv-01303-JF Notice has been electronically mailed to:

Daralyn J. Durie ddurie@durietangri.com, records@durietangri.com

Edward Vincent King, Jr evking@kingandkelleher.com, dvanausdall@kingandkelleher.com, lana@kingandkelleher.com

Ryan Marshall Kent rkent@durietangri.com, records@durietangri.com

Dirk Van Ausdall dirk@kingandkelleher.com

Sonali Deeksha Maitra smaitra@durietangri.com, records@durietangri.com

John Gregory Fischer john.fischer@solidcounsel.com, tori.castleberry@solidcounsel.com, will.hester@solidcounsel.com

Eric Charles Wood eric.wood@solidcounsel.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.