1  DARALYN J. DURIE (SBN 169825)
   ddurie@durietangri.com
2  RYAN M. KENT (SBN 220441)
   rkent@durietangri.com
3  217 Leidesdorff Street
   San Francisco, CA  94111
4  Telephone:    415-362-6666
   Facsimile:     415-236-6300
5
   SCHEEF & STONE, LLP
6  JOHN G. FISCHER (pro hac vice)
   john.fischer@solidcounsel.com
7  BRYAN HAYNES (pro hac vice)
   bhaynes@solidcounsel.com
8  ERIC C. WOOD (pro hac vice)
   eric.wood@solidcounsel.com
9  500 N. Akard, Suite 2700
   Dallas, Texas 75201
10 Telephone:     214-706-4200
   Facsimile:      214-706-4242
11
12 Attorneys for Plaintiff
   C&C Jewelry Manufacturing, Inc.
13
14 Edward Vincent King, Jr. (SBN 085726)
   KING & KELLEHER, LLP
15 Four Embarcadero Center, 17th Floor
   San Francisco, CA 94111
16 Telephone: (415) 781-2888
   Facsimile: (415) 781-3011
17 Attorneys for Defendant Trent West

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| C&C JEWELRY MANUFACTURING, INC., a California corporation, | Case No. 5:09-cv-01303-JF-HRL |
|---|---|
| Plaintiff and Counter-Defendant, | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE** |
| v. | Judge:  Honorable Jeremy Fogel |
| TRENT WEST, | |
| Defendant and Counter-Claimant. | |

- 1 -

**STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE**                         Case No. 5:09-CV-01303-JF-HRL

Pursuant to FED. R. CIV. P., Rules 41(a)(1)(A)(ii) and 41(c), Plaintiff and Counter-Defendant C&C Jewelry Mfg. Co, Inc. ("C&C"), and Defendant and Counter-Claimant Trent West ("West") hereby jointly file this Stipulation of Partial Dismissal Without Prejudice as follows:

I.

C&C hereby dismisses, without prejudice, Count VII (Non-Infringement, Invalidity, and Unenforceability of U.S. Patent No. 7,076,972) set forth in its original Complaint for Declaratory Judgment (Doc. No. 1).

II.

West hereby dismisses, without prejudice, its First Counterclaim (Infringement of U.S. Patent No. 7,076,972) set forth in its original Answer and Counterclaims (Doc. No. 6).

III.

West stipulates to C&C's dismissal without prejudice of its Count VII (Non-Infringement, Invalidity, and Unenforceability of U.S. Patent No. 7,076,972).  C&C stipulates to West's dismissal without prejudice of its First Counterclaim (Infringement of U.S. Patent No. 7,076,972).

IV.

Each of the parties agrees to bear its respective fees and costs in this action with regard to the claims dismissed herein.

Respectfully stipulated to by:

| SCHEEF & STONE, LLP | KING & KELLEHER, LLP |
|---|---|
| By: */s/ John G. Fischer*<br>     John G. Fischer | By: */s/ Edward Vincent King*<br>     Edward Vincent King |
| Attorneys for Plaintiff C&C Jewelry Mfg., Inc. | Attorneys for Defendant Trent West |
| Date: May 19, 2011 | Date: May 19, 2011 |

# FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, John Fischer, attest that concurrence in the filing of this document has been obtained.

SCHEEF & STONE, LLP


By: */s/ John G. Fischer*
    John G. Fischer

Attorneys for Plaintiff C&C Jewelry Mfg., Inc.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ~~May~~ June 8 _____, 2011.


_____
Hon. Jeremy Fogel
United States District Judge

- 3 -

**STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE**  Case No. 5:09-CV-01303-JF-HRL