**E-Filed 7/13/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C&C JEWELRY MANUFACTURING, INC., | Case Number 5:09-cv-01303-JF (HRL) |
| Plaintiff, | ORDER VACATING ALL MOTION HEARINGS AND SETTING CASE MANAGEMENT CONFERENCE |
| v. | |
| TRENT WEST, | |
| Defendant. | |

All motion hearings set in this case are VACATED.

A case management conference is set for July 29, 2011, at 10:30 a.m., to discuss management of the case in light of the imminent departure of the undersigned.

IT IS SO ORDERED.

DATED: July 13, 2011

_____
JEREMY FOGEL
United States District Judge