```
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
RYAN M. KENT (SBN 220441)
rkent@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:     415-362-6666
Facsimile:     415-236-6300

SCHEEF & STONE, LLP
JOHN G. FISCHER (pro hac vice)
john.fischer@solidcounsel.com
BRYAN HAYNES (pro hac vice)
bhaynes@solidcounsel.com
ERIC C. WOOD (pro hac vice)
eric.wood@solidcounsel.com
500 N. Akard, Suite 2700
Dallas, Texas 75201
Telephone:     214-706-4200
Facsimile:     214-706-4242
Attorneys for Plaintiff
C&C Jewelry Manufacturing, Inc.


Edward Vincent King, Jr. (SBN 085726)
KING & KELLEHER, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 781-2888
Facsimile: (415) 781-3011
Attorneys for Defendant Trent West
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| C&C JEWELRY MANUFACTURING, INC., a California corporation,<br><br>        Plaintiff and Counter-Defendant,<br><br>  v.<br><br>TRENT WEST,<br><br>        Defendant and Counter-Claimant. | Case No. 5:09-cv-01303-JF-HRL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING (1) DEADLINE FOR C&C JEWELRY MANUFACTURING, INC. TO RESPOND TO TRENT WEST'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT, AND TRENT WEST'S MOTION FOR PRESUMPTION AND BURDEN SHIFTING AND (2) DEADLINE FOR PARTIES TO FILE DISPOSITIVE MOTIONS**<br><br>Judge:  Honorable Jeremy Fogel |

- 1 -

**JOINT STIPULATION**      **Case No. 5:09-CV-01303-JF-HRL**

1    Plaintiff C&C Jewelry Mfg., Inc. ("C&C") and Defendant Trent West ("West"), by and
2 through their undersigned counsel of record, have agreed and stipulate under Civil L.R. 6-2(a) to
3 extend (1) C&C's deadline to respond to West's motion for summary judgment of infringement
4 and motion for presumption and burden shifting, both filed on June 17, 2011 (collectively the
5 "Motions") and (2) the deadline to file dispositive motions.

6    Pursuant to Civil L.R. 7-3(a), C&C's deadline to respond to the Motions is currently July
7 1, 2011, which is the same day as the current deadline by which the parties are required to file
8 dispositive motions.  C&C and West enter into this stipulation to extend the time for C&C to file
9 its responses to the Motions by one week to July 8, 2011.  Given that the hearing has been
10 noticed for July 29, 2011, the stipulated schedule would complete briefing on these motions two-
11 weeks prior to the hearing.

12    The parties also enter into this stipulation to extend the time that C&C and West have to
13 file dispositive motions by one week to July 8, 2011.

14    The Declaration of Eric C. Wood, which is filed herewith, provides the Court with the
15 information required under Civil L.R. 6-2(a).

16    Accordingly, C&C and West respectfully request that the Court issue an Order, for good
17 cause shown, extending C&C's deadline to respond to the Motions and the parties' deadline to
18 file dispositive motions as requested above.

Respectfully stipulated to by:

| SCHEEF & STONE, LLP | KING & KELLEHER, LLP |
|---|---|
| By: */s/ Eric C. Wood*<br>    Eric C. Wood | By: */s/ Edward Vincent King*<br>    Edward Vincent King |
| Attorneys for Plaintiff C&C Jewelry Mfg., Inc. | Attorneys for Defendant Trent West |
| Date: June 28, 2011 | Date: June 28, 2011 |

- 2 -

**JOINT STIPULATION**                                          Case No. 5:09-CV-01303-JF-HRL

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, John Fischer, attest that concurrence in the filing of this document has been obtained.

SCHEEF & STONE, LLP


By: */s/ John G. Fischer*
    John G. Fischer

Attorneys for Plaintiff C&C Jewelry Mfg., Inc.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___7/7_____, 2011.


_____
Hon. Jeremy Fogel
United States District Judge

- 3 -

**JOINT STIPULATION**     Case No. 5:09-CV-01303-JF-HRL

1  DARALYN J. DURIE (SBN 169825)
   ddurie@durietangri.com
2  RYAN M. KENT (SBN 220441)
   rkent@durietangri.com
3  217 Leidesdorff Street
   San Francisco, CA 94111
4  Telephone:    415-362-6666
   Facsimile:    415-236-6300

5  SCHEEF & STONE, LLP
6  JOHN G. FISCHER (pro hac vice)
   john.fischer@solidcounsel.com
7  BRYAN HAYNES (pro hac vice)
   bhaynes@solidcounsel.com
8  ERIC C. WOOD (pro hac vice)
   eric.wood@solidcounsel.com
9  500 N. Akard, Suite 2700
10 Dallas, Texas 75201
   Telephone:    214-706-4200
11 Facsimile:    214-706-4242
   Attorneys for Plaintiff
12 C&C Jewelry Manufacturing, Inc.

13 Edward Vincent King, Jr. (SBN 085726)
14 KING & KELLEHER, LLP
   Four Embarcadero Center, 17th Floor
15 San Francisco, CA 94111
   Telephone: (415) 781-2888
16 Facsimile: (415) 781-3011
   Attorneys for Defendant Trent West
17

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| C&C JEWELRY MANUFACTURING, INC., a California corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>TRENT WEST,<br><br>    Defendant and Counter-Claimant. | Case No. 5:09-cv-01303-JF-HRL<br><br>**DECLARATION OF ERIC C. WOOD IN SUPPORT OF JOINT STIPULATION EXTENDING (1) DEADLINE FOR C&C JEWELRY MANUFACTURING, INC. TO RESPOND TO TRENT WEST'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT, AND TRENT WEST'S MOTION FOR PRESUMPTION AND BURDEN SHIFTING AND (2) DEADLINE FOR PARTIES TO FILE DISPOSITIVE MOTIONS**<br><br>Judge:  Honorable Jeremy Fogel |

- 1 -

I, Eric C. Wood, declare:

1. I am an attorney with Scheef & Stone, LLP, counsel for Plaintiff C&C Jewelry Mfg., Inc. ("C&C") in this action. I make this declaration on personal knowledge and am competent to testify regarding the facts stated herein. This declaration is submitted pursuant to Civil L.R. 6-2(a).

2. In the Stipulation filed herewith, C&C and Defendant Trent West ("West") have requested that the Court extend the deadline for C&C to respond to West's motion for summary judgment of infringement and motion for presumption and burden shifting (collectively the "Motions") by one week to July 8, 2011. West filed the Motions on Friday, June 17, 2011. C&C's response is therefore currently due on July 1, 2011 pursuant to the Local Rules of this Court.

3. In the Stipulation filed herewith, C&C and Defendant Trent West ("West") also have requested that the Court extend the deadline for filing dispositive motions by one week to July 8, 2011. The parties' motions were previously due on July 1, 2011.

4. Expert reports in this case were due and were served by the parties on May 20, 2011. Expert rebuttal reports in this case were due and were served by the parties on June 10, 2011. The deadline to conduct all expert discovery (including depositions) is July 1, 2011.

5. On the Tuesday immediately following the filing of the Motions, the parties began taking the depositions of the experts who had provided reports in this case in advance of the July 1 expert discovery cutoff. Through the last two weeks of June, the parties will have taken approximately eight expert depositions all across the United States (in San Francisco, Chicago and New York) up until and including July 1, 2011. It will therefore be very difficult, given this hectic expert deposition schedule, for the parties to complete their motions for summary judgment and for C&C to prepare responses to the Motions by July 1, 2011.

6. Therefore, C&C and West have agreed, and so stipulate, that C&C's deadline to respond to the Motions and the parties' deadline to file dispositive motions shall be extended by one week to July 8, 2011.

- 2 -

**DECLARATION OF ERIC C. WOOD**      Case No. 5:09-CV-01303-JF-HRL

1    7.   The Court has previously modified time in this case as follows: (1) deadline to
2 serve invalidity contentions under Patent L.R. 3-3 extended from November 12, 2009 to
3 November 19, 2009 (Dkt. No. 31); (2) deadline to file joint claim construction and prehearing
4 statement under Patent L.R. 4-3 extended from January 11, 2010 to February 1, 2010 (Dkt. No.
5 48); (3) deadline to complete ADR (mediation) extended from May 21, 2010 to July 30, 2010
6 (Dkt. No. 79); (4) hearing date on C&C's motion for leave to conduct additional depositions
7 shortened to December 14, 2010 (Dkt. No. 123); and (5) hearing date on C&C's motion for leave
8 to amend invalidity contentions moved to February 25, 2011 (Dkt. No. 160).

9    8.   The requested extension will have no adverse scheduling impact on the parties'
10 ability to comply with the other ordered deadlines in the Case Management Schedule in this
11 matter.

12   I declare under penalty of perjury pursuant to the laws of the United States of America
13 that the foregoing is true and correct.

14   Executed on June 28, 2011.

16          By: */s/ Eric C. Wood*
             Eric C. Wood

- 3 -

**DECLARATION OF ERIC C. WOOD**                    Case No. 5:09-CV-01303-JF-HRL