1 | Edward Vincent King, Jr. (SBN 085726)
2 | Dirk van Ausdall (SBN 117279)
  | KING & KELLEHER, LLP
3 | Four Embarcadero Center, 17th Floor
  | San Francisco, CA  94111
4 | Telephone:  (415) 781-2888
  | Facsimile:  (415) 781-3011
5 | E-mails:  evking@kingandkelleher.com
6 |           dvanausdall@kingandkelleher.com

7 | *Attorneys for Defendant and Counter-Claimant*
  | *TRENT WEST*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| C&C JEWELRY MFG., INC., | Case No. 09-cv-01303-JF (HRL) |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE OF COUNT IV AND 3ʳᴰ COUNTERCLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| TRENT WEST, | |
| Defendant. | |
| And Related Counterclaims | |

1     WHEREAS Plaintiff C&C Jewelry Manufacturing, Inc., ("C&C") brought suit against Defendant Trent West ("West") seeking, *inter alia*, declaratory judgment of non-infringement, invalidity and unenforceability of U.S. Patent No. 6,990,736 ("the '736 patent") (Count IV);

    WHEREAS, West filed a counterclaim against C&C for infringement of the '736 Patent;

    WHEREAS, C&C and West have agreed to dismiss all claims related to the '736 Patent;

    WHEREAS, based on the above agreement, C&C agrees to dismiss without prejudice Count IV of C&C's Complaint, and West agrees to dismiss without prejudice West's Third Counterclaim of West's Answer and Counterclaims, so that the parties can narrow the issues involved in this litigation to the remaining counts of its Complaint.

    IT IS HEREBY STIPULATED by and between C&C and West, through their designated counsel, that Count IV of the Complaint and the Third Counterclaim of the Answer and Counterclaims are hereby DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees as to Count IV.

Respectfully stipulated to by:

| KING & KELLEHER, LLP | SCHEEF & STONE, LLP |
|---|---|
| By: */s/ Edward Vincent King, Jr.*<br>    Edward Vincent King, Jr. | By: */s/ John G. Fischer*<br>    John G. Fischer |
| Attorneys for Defendant<br>TRENT WEST | Attorneys for Plaintiff<br>C&C JEWELRY MFG., INC. |
| Date:  July 7, 2011 | Date:  July 7, 2011 |

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Edward Vincent King, Jr., attest that concurrence in the filing of this document has been obtained.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Edward Vincent King, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　Edward Vincent King, Jr.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July  20 , 2011　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Jeremy Fogel
　　　　　　　　　　　　　　　　　　　　　United States District Judge

- 2 -
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE OF COUNT IV AND 3RD COUNTERCLAIM
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)　　　　　　　　　Case No. 09-CV-1303 JF (HRL)