**E-Filed 11/28/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C&C JEWELRY MANUFACTURING, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRENT WEST, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 5:09-cv-01303-JF <br><br> ORDER VACATING ORDER OF DISMISSAL, AND DIRECTING THAT CASE BE REOPENED AND REASSIGNED TO JUDGE EDWARD DAVILA <br><br> [re: dkt. entry 244] |

On July 28, 2011, the Court dismissed this action after being informed that the parties had reached a settlement. The dismissal order provided that "if any party notifies the Court within ninety days of the date of this order that the agreed consideration for said settlement has not been delivered, this order will be vacated and the case will be restored to the calendar to be set for trial." On October 25, 2011, Defendant-Counterclaimant Trent West filed a notice that the agreed upon consideration had not been delivered, and he requested that the Court vacate the order of dismissal.

Good cause therefor appearing, the order of dismissal (dkt entry 243) is hereby VACATED. The Clerk shall reopen the case and reassign it to District Judge Edward Davila, the judge assigned to the related cases 5:07-cv-01812-EJD and 5:10-cv-03124-EJD.

1  IT IS SO ORDERED.

2

3  DATED: 11/28/2011



4  JEREMY FOGEL
    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California