IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C&C JEWELRY MANUFACTURING, INC., | CASE NO. 5:09-cv-01303 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| TRENT WEST, | |
| Defendant(s). | |

Having been informed of a currently progressing settlement of the above-entitled matter (see Docket Item No. 246), and having denied the parties request to stay proceedings, the parties are ordered to appear before the Honorable Edward J. Davila on **January 20, 2012, at 10:00 a.m.** in Courtroom No. 1, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). On or before January 10, 2012, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before January 10, 2012.

All other pretrial deadlines and hearing dates are vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated: November 30, 2011

EDWARD J. DAVILA
United States District Judg

1

CASE NO. 5:09-cv-01303 EJD
ORDER TO SHOW CAUSE RE: SETTLEMENT