DURIE TANGRI, LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
RYAN M. KENT (SBN 220441)
rkent@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:     415-362-6666
Facsimile:     415-236-6300

SCHEEF & STONE, LLP
JOHN G. FISCHER (pro hac vice)
john.fischer@solidcounsel.com
BRYAN HAYNES (pro hac vice)
bhaynes@solidcounsel.com
ERIC C. WOOD (pro hac vice)
eric.wood@solidcounsel.com
500 N. Akard, Suite 2700
Dallas, Texas 75201
Telephone:     214-706-4200
Facsimile:     214-706-4242
Attorneys for Plaintiff
C&C Jewelry Manufacturing, Inc.

Edward Vincent King, Jr. (SBN 085726)
KING & KELLEHER, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 781-2888
Facsimile: (415) 781-3011
Attorneys for Defendant Trent West

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| C&C JEWELRY MANUFACTURING, INC., a California corporation,<br><br>        Plaintiff and Counter-Defendant,<br><br>  v.<br><br>TRENT WEST,<br><br>        Defendant and Counter-Claimant. | Case No. 5:09-cv-01303-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Edward J. Davila |

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant C&C Jewelry Mfg. Co, Inc. ("C&C") and Defendant/Counter-Claimant Trent West ("West") hereby file this Joint Stipulation of Dismissal With Prejudice as follows:

I.

C&C brought suit against West seeking, *inter alia*, declaratory judgment of non-infringement, invalidity and unenforceability of U.S. Patent Nos. 6,062,045 (the '045 Patent), 6,553,667 (the '667 Patent), 6,928,734 (the '734 Patent), 6,990,736 (the '736 Patent), 6,993,842 (the '842 Patent), 7,032,314 (the '314 Patent) and 7,076,972 (the '972 Patent) (Dkt. No. 1).

West filed a counterclaim against C&C for, *inter alia*, infringement of the '972 Patent, the '734 Patent, the '736 Patent and the '314 Patent (Dkt. No. 6).

II.

All matters of fact and things in controversy between C&C and West have now been resolved. Therefore, C&C stipulates to dismiss with prejudice all of the claims asserted in its complaint against West (Dkt. No. 1), and West stipulates to dismiss with prejudice all of the claims asserted in his counterclaim against C&C (Dkt. No. 6).  Each of the parties agrees to waive any claim for recovery of its respective fees and costs in this action with regard to the claims dismissed herein.

III.

WHEREFORE, Pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant C&C Jewelry Mfg. Co, Inc. and Defendant/Counter-Claimant Trent West hereby jointly stipulate to a dismissal with prejudice of all claims asserted by the parties against one another in this action.

Respectfully stipulated to by:

| | |
|---|---|
| SCHEEF & STONE, LLP | KING & KELLEHER, LLP |
| By: */s/ Eric C. Wood*<br>    Eric C. Wood | By: */s/ Edward Vincent King*<br>    Edward Vincent King |
| Attorneys for Plaintiff C&C Jewelry Mfg., Inc. | Attorneys for Defendant Trent West |
| Date: January 9, 2012 | Date: January 9, 2012 |

### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Eric C. Wood, attest that concurrence in the filing of this document has been obtained.

>SCHEEF & STONE, LLP
>
>By: */s/ Eric C. Wood*
>    Eric C. Wood
>
>Attorneys for Plaintiff C&C Jewelry Mfg., Inc.

**IT IS SO ORDERED.**  The Clerk shall close this file.

DATED:   January 12   , 2012.

>_____
>EDWARD J. DAVILA
>UNITED STATES DISTRICT JUDGE